UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMEL LEON ROBINSON,

    Plaintiff,

v.

HANNA SAAD ET AL.,

    Defendants.

_____/

Case No. 19-10584

Stephanie Dawkins Davis
United States District Judge

Anthony P. Patti
United States Magistrate Judge

## OPINION AND ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION [ECF No. 81], GRANTING THE MEDICAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [ECF No. 32], GRANTING THE MDOC DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND MOTION TO DISMISS [ECF No. 41], AND DENYING PLAINTIFF'S MOTION TO DISMISS PARTIAL SUMMARY JUDGMENT [ECF No. 55]

    This matter is before the Court on a Motion for Summary Judgment filed by Defendant medical professionals, a Motion for Partial Summary Judgment and Motion to Dismiss filed by Defendant Michigan Department of Corrections ("MDOC") employees, and Plaintiff's Motion to Dismiss Partial Summary Judgment. This Court referred the matter to Magistrate Judge Anthony P. Patti, who issued a Report and Recommendation on June 26, 2020, recommending that the Court grant the medical Defendants' Motion for Summary Judgment, grant the MDOC Defendants' Motion for Summary Judgment and Motion to Dismiss, and

deny Plaintiff's Motion to Dismiss Partial Summary Judgment. (ECF No. 81, PageID.951).

Neither party has filed objections to the Magistrate Judge's Report and Recommendation, and the 14-day time period for filing objections has expired. *See* 28 Fed. R. Civ. P. 72(b)(2); L.R. 72.1(d). "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, No. 09-10933, 2012 WL 3639070, at *1 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The Court therefore finds that the parties have waived further review of the Magistrate Judge's Report. Nevertheless, upon review of the parties' briefing and the Magistrate Judge's Report and Recommendation, the Court agrees with the Magistrate Judge's recommended disposition.

The Court, therefore, **ACCEPTS** and **ADOPTS** Magistrate Judge Patti's June 26, 2020 Report and Recommendation [ECF No. 81]. Consequently, the medical Defendants' Motion for Summary Judgment [ECF No. 32] is **GRANTED**, the MDOC Defendants' Motion for Partial Summary Judgment and Motion to Dismiss [ECF. No. 41] is **GRANTED**, and Plaintiff's Motion to Dismiss Partial Summary Judgment [ECF No. 55] is **DENIED**.

**SO ORDERED**.

Dated: July 24, 2020                                                     s/Stephanie Dawkins Davis
                                                                         HON. STEPHANIE DAWKINS DAVIS
                                                                         United States District Judge

## CERTIFICATE OF SERVICE

I certify that on July 24, 2020 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel and/or parties of record and that I have mailed by United States Postal Service to the following non-ECF participant: Jamal Leon Robinson #467859, Michigan Reformatory, 1342 West Main Street, Ionia, MI 48846.

                                                                         s/Tammy Hallwood
                                                                         Case Manager

3