UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMEL LEON ROBINSON,

    Plaintiff,

v.                                                             Case No. 19-10584

HANNA SAAD, *et al.*,                               Sean F. Cox
                                                     United States District Court Judge

    Defendants.
_____/

**ORDER
ADOPTING REPORT AND RECOMMENDATION (ECF NO. 203),
GRANTING DEFENDANT RAMBUS'S SUMMARY JUDGMENT MOTION, AND
DENYING PLAINTIFF'S SUMMARY JUDGMENT MOTION**

This matter was referred to Magistrate Judge Anthony Patti for all pretrial proceedings. Thereafter, Defendant Shelly Rambus filed a Motion for Summary Judgment (ECF No. 188) and Plaintiff filed a Motion for Summary Judgment (ECF No. 191).

In a Report and Recommendation issued on August 10, 2022, Judge Patti recommends that this Court: 1) grant Defendant Shelly Rambus's Motion for Summary Judgment; and 2) deny Plaintiff's Motion for Summary Judgment. (ECF No. 203).

The time permitted for the parties to file objections to that Report and Recommendation has passed and no objections were filed. Accordingly, the Court hereby **ADOPTS** the August 10, 2022 Report and Recommendation and **ORDERS** that Plaintiff's Motion for Summary Judgment (ECF No. 191) is **DENIED.**

    **IT IS FURTHER ORDERED** that Defendant Shelly Rambus's Motion for Summary

Judgment (ECF No. 188) is **GRANTED** and all claims against her are **DISMISSED.**

**IT IS SO ORDERED.**

                                                s/Sean F. Cox
                                                Sean F. Cox
                                                United States District Judge

Dated: September 12, 2022