UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMEL LEON ROBINSON,

    Plaintiff,

v.                                            Case No. 19-10584

HANNA SAAD, *et al.*,                Sean F. Cox
                                              United States District Court Judge

    Defendants.
_____/

**ORDER
ADOPTING 3/10/23 REPORT AND RECOMMENDATION AND
GRANTING SUMMARY JUDGMENT MOTION
FILED BY DEFENDANTS LAWRENCE AND ZAHRA**

On February 25, 2019, Plaintiff Jamel Leon Robinson ("Plaintiff") filed this prisoner[1] civil rights case under 42 U.S.C. § 1983, asserting claims against numerous Defendants. In an Opinion and Order issued on May 8, 2019, Plaintiff's claims against the majority of the named Defendants were dismissed. The action then proceeded as to the remaining claims against eleven Defendants.

The matter was referred to Magistrate Judge Anthony Patti for all pretrial proceedings. At this juncture, all of Plaintiff's claims have been dismissed, with the exception of his claims against Defendants Jill Lawrence ("Lawrence") and Jennifer Zaha ("Zaha").

On November 21, 2022, Defendants Lawrence and Zaha filed a Motion for Summary Judgment. (ECF No. 206). On that same date, Magistrate Judge Patti ordered that Plaintiff must

---

[1]At that time, Plaintiff was incarcerated at the Saginaw Correctional Facility. He has since been released on parole.

1

file a response to that motion no later than December 22, 2022. (*See* ECF No. 207). Nevertheless, Plaintiff did not file a response in opposition to the motion.

In a Report and Recommendation issued on March 10, 2022 (the "R&R"), Magistrate Judge Patti recommends that the Court grant the unopposed Motion for Summary Judgment filed by Defendants Lawrence and Zaha because Plaintiff failed to properly exhaust administrative remedies for the remaining claims against them. The R&R expressly advised Plaintiff that any objections to the R&R had to be filed within fourteen days of service of it, and that the failure to file specific objections constitutes a waiver of any further right of appeal. (R&R at 8).

The time for filing objections to the R&R has passed and the docket reflects that no objections to it have been filed.

Accordingly, the Court ORDERS that the March 10, 2023 R&R is ADOPTED and that the summary judgment motion filed by Defendants Lawrence and Zaha is GRANTED and all remaining claims against them are DISMISSED.

IT IS SO ORDERED.

> s/Sean F. Cox
> Sean F. Cox
> United States District Judge

Dated: March 30, 2023